**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kelly Branson,                                                   Civil No. 26-723 (DWF/SGE)

        Plaintiff,

v.                                                                             **ORDER**

Mission Lane,

        Defendant.


Plaintiff Kelly Branson recently initiated ten substantively identical lawsuits[1]

against ten separate lending companies in this District alleging that the defendant to each

action owes $1 million to an entity called the "Kelly Branson Revocable Living Trust."

A federal district court may dismiss any action *sua sponte* if that action is found to be

frivolous. *See Mallard v. United States Dist. Court*, 490 U.S. 296, 307-08 (1989);

*Porter v. Fox*, 99 F.3d 271, 273 (8th Cir. 1996).  The Court has reviewed the complaint

and accompanying documents in this matter and finds that the pleading fails to articulate

any arguable basis in fact or in law on which Branson might be entitled to the relief

sought. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  Accordingly, this action is

---

[1]     *See also Branson v. Hue First Savings Bank*, No. 26-CV-0715 (KMM/DJF); *Branson v. Avant*, No. 26-CV-0718 (JMB/DTS); *Branson v. Merrick Bank*, No. 26-CV-0719 (JWB/DLM); *Branson v. Cortrust Bank*, No. 26-CV-0721 (JMB/ECW); *Branson v. Cerulean*, No. 26-CV-0727 (PAM/ECW); *Branson v. Milestone*, No. 26-CV-0728 (JMB/EMB); *Branson v. Bridgecrest*, No. 26-CV-0729 (KMM/JFD); *Branson v. Verve*, No. 26-CV-0730 (JMB/DTS); *Branson v. Credit One Bank*, No. 26-CV-0732 (LMP/JFD).

summarily dismissed as frivolous.  The Court further certifies that an appeal cannot be taken from this dismissal in good faith and that any request for *in forma pauperis* status on appeal from this dismissal will be denied on that basis.  *See* 28 U.S.C. § 1915(a)(3).

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      This matter is **SUMMARILY DISMISSED** as frivolous.

2.      It is certified that an appeal cannot be taken from this dismissal in good faith.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 29, 2026                              s/Donovan W. Frank
                                                      DONOVAN W. FRANK
                                                      United States District Judge